UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>RODNEY DAVID FLIEGER<br><br><br><br><br><br>**Debtor** | CASE NO: 16-45278-399<br>Chapter 13<br><br>Re: Objection to Claim 4 filed by<br>    FREEDOMROAD FINANCIAL<br>    Acct: 0435<br>    Amount: $8,758.72<br>    Response Due: September 21, 2016 |

### TRUSTEE'S OBJECTION TO CLAIM 4

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of FREEDOMROAD FINANCIAL dated August 12, 2016, should be allowed, but the Court should enter an order directing that the claim will not be paid by the Trustee. The plan provides for surrender of the collateral. After sale of the collateral, the creditor may file an amended claim for the deficiency balance.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: August 31, 2016                          /s/ John V. LaBarge, Jr.
                                                John V. LaBarge, Jr.
OBJCLM--AC                                      Standing Chapter 13 Trustee
                                                P.O. Box 430908
                                                St. Louis, MO  63143
                                                (314) 781-8100  Fax: (314) 781-8881
                                                trust33@ch13stl.com

**16-45278 Trustee's Objection to Claim 4**                  08/31/2016  Page 2

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 31, 2016.

                                              /s/ John V. LaBarge, Jr.

RODNEY DAVID FLIEGER  
15 BETHEL WOODS COURT  
HAWK POINT, MO  63349  

ADAMS LAW OFFICE  
1 MID RIVERS MALL DR  
STE 200  
ST PETERS, MO  63376  

FREEDOMROAD FINANCIAL  
PO BOX 29426  
C/O CAPITAL RECOVERY #920016  
PHOENIX, AZ  85038-9426  

FREEDOMROAD FINANCIAL  
PO BOX 64090  
C/O CAPITAL RECOVERY GRP  
TUCSON, AZ  85728-4090