UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 16-45278-399 |
| RODNEY DAVID FLIEGER ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 4 filed by |
| ) | FREEDOMROAD FINANCIAL |
| ) | Acct: 0435 |
| ) | |
| **Debtor** ) | 2 OBJ: 08/31/2016 |
| ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

/s/ John V. LaBarge, Jr.

ORDCLM--AC

John V. LaBarge, Jr.
Standing Chapter 13 Trustee

### ORDER

Upon Trustee's objection to claim number 4 filed by FREEDOMROAD FINANCIAL, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee. The creditor may file an amended claim for the deficiency balance.

**DATED: September 23, 2016**
**St. Louis, Missouri**

**Barry S. Schermer**
**United States Bankruptcy Judge**

Copy mailed to:

RODNEY DAVID FLIEGER
15 BETHEL WOODS COURT
HAWK POINT, MO  63349

ADAMS LAW OFFICE
1 MID RIVERS MALL DR
STE 200
ST PETERS, MO  63376

FREEDOMROAD FINANCIAL
PO BOX 64090
C/O CAPITAL RECOVERY GRP
TUCSON, AZ  85728-4090

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

FREEDOMROAD FINANCIAL
PO BOX 29426
C/O CAPITAL RECOVERY #920016
PHOENIX, AZ  85038-9426